Form 3A
(10/05)

# United States Bankruptcy Court

___NoRTh___ District Of ___Illinois___

In re ___Tony R + Jamila Brown___   Case No. ___08-10203___
           Debtor
                                      Chapter ___7___

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ ___299.00___ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ___74.75___   Check one  ☑ With the filing of the petition, or
                              ☐ On or before _____

   $ ___74.75___   on or before ___5/28/08___

   $ ___74.75___   on or before ___6/24/08___

   $ ___74.75___   on or before ___7/24/08___

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  12/28/07         _Tony Brown_  12/28/07
Signature of Attorney   Date              Signature of Debtor   Date
                                          (In a joint case, both spouses must sign.)

Name of Attorney                          _Jamila Giles-Brown_  12/28/07
___Tony R. Brown___   Po Se              Signature of Joint Debtor (if any)   Date

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 24 2008

KENNETH S. GARDNER, CLERK
PS REP. - SW

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re __Tony R. & Jamila Brown__
           Debtor

Case No. __08-10203__

Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __APR 2 4 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court